# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER NAUTA,

    Plaintiff,

v.

WILMINGTON FINANCE,, *et al*.,

    Defendants.

Case No. 2:09-cv-00233-LDG (LRL)

**ORDER**

Previously, the Clerk of the Court notified plaintiff that, pursuant to Local Rule 41.1, this matter would be dismissed for want of prosecution if no further action was taken within thirty days. More than thirty days have passed, and no further action has been taken. Accordingly,

THE COURT **ORDERS** that this matter is DISMISSED for want of prosecution.

DATED this ___ day of September, 2010.

_____
Lloyd D. George
United States District Judge